UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Mayra Mata                                                      CASE NO: 23-12889-RAM
                                                                CHAPTER 7

_____Debtor___          ____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Robert Sanchez, Esq. and the Law Office of Robert Sanchez, P.A., as counsel for the above-mentioned Debtor and moves this Court to allow said attorney and law firm to withdraw as counsel for Debtor per Local Rule 2091-1 and as grounds therefore states:

1. The Debtor filed for Chapter 7 bankruptcy relief on April 14, 2023.
2. The 341 Meeting of Creditors was held and concluded on May 16, 2023.
3. Undersigned Counsel and debtor have encountered irreconcilable differences that impede representing the debtor effectively in this case.
4. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing withdrawal as counsel for the Debtors, and (b) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtors as follows:

    Mayra Mata
    10090 NW 80 Court #1136
    Hialeah Gardens, FL 33016

5. Debtors have been sent a copy by Certified Mail of the instant motion and the implications thereunder

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtor in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtor and

allow the Debtor additional time to retain new counsel so that the Debtor may comply with the Trustee's requests.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this 16th day of August 2022 to: via certified mail to the Debtor, Mayra Mata 10090 NW 80 Court #1136, Hialeah Gardens, FL 33016 and via ECF to Trustee and via regular mail to all other interested parties.

Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49 Street
Hialeah, FL 33012
Tel: (305) 687-8008

By: /s/ Robert Sanchez
Robert Sanchez, Esquire
FBN: #0442161